# United States District Court for the Northern District of Illinois

Case Number: __08-50149__    Assigned/IssuedBy: __p6__

---

## FEE INFORMATION

**Amount Due:**   [X] $350.00   [ ] $39.00   [ ] $5.00
                 [ ] IFP       [ ] No Fee   [ ] Other _____

*FILED*
*JUL 23 2008*
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: __350.00__       Receipt #: __07520000000 2958547__

Date Paid: __7/23/08__        Fiscal Clerk: __p6__

---

## ISSUANCES

**Type Of Issuance:**
[X] Summons                      [ ] Alias Summons
[ ] Third Party Summons          [ ] Lis Pendens
[ ] Non Wage Garnishment Summons
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets
[ ] Writ _____
       (Type of Writ)

Original and __0__ copies on __7/23/08__ as to __Defendant__
                              (Date)

---

C:\wpwin80\docket\fecinfo.frm   01/01