AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

The Construction Industry Welfare Fund of Rockford, IL.; The Construction Industry Retirement Fund of Rockford, IL

V.

MacDonald Construction Services, Inc.

CASE NUMBER: **08 C 50 149**

ASSIGNED JUDGE: Kapala

DESIGNATED MAGISTRATE JUDGE: Mahoney

TO: (Name and address of Defendant)

MacDonald Construction Services, Inc.
308 Oakleaf Road
Lake in the Hills, IL 60156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc M. Pekay, P.C.
30 N. LaSalle St., Ste. 2426
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____          7/23/08
(By) DEPUTY CLERK                           DATE



### Keith Nygren, Sheriff of Mchenry County, Woodstock, IL
*Civil Process Proof of Service*
2200 N. Seminary Avenue, Woodstock, IL 60098  (815) 334-4720

Court Number: 08C50149          Docket-No EF18F -08007463-001
**Case Name: THE CONST. INDUSTRY WELFARE FUND OF ROCKFORD, ET AL vs. MACDONALD CONSTRUCTION, SERVICES INC**
Paper Type: SUMMONS/COMPLAINT -
Additional Paper Info: NORTHERN DISTRICT OF ILLINOIS

---

Person Served:  MACDONALD CONSTRUCTION, SERVICES INC

Relationship to Defendant:

Business Name:

Additional Name Information:

Address: 308 OAKLEAF RD
         LAKE IN THE HILLS, IL  60156
Second Address:

---

SERVICE INFORMATION

Date Received:  07/29/2008            Served OR Returned: 07/30/2008

How Served: CORPORATE                 Time: 6:45

SERVED THRU OWNER, ED MACDONALD M/W AGE 48.

Deputy: 1679 LANGE, JAMES

Deputy's Signature  _James Lange 1679_

FEES: SERVICE & RETURN: $ 31.65    Mileage:$ 16    Total:$ 47.65