**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS, | ) ) ) ) ) |
| Plaintiffs, | ) **CASE NO. 08 C 50149** |
| v. | ) ) Judge Frederick Kapala ) Magistrate Judge Michael ) Mahoney |
| MACDONALD CONSTRUCTION SERVICES,INC. | ) ) |
| Defendant. | ) |

## MOTION FOR ENTRY OF JUDGMENT

**NOW COMES** the Plaintiffs, THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY RETIRMENT FUND OF ROCKFORD, ILLINOIS (hereinafter referred to as the "Plaintiffs" or the "Funds"), by and through their attorney, MARC M. PEKAY, P.C. and hereby move for an Entry of Judgment in the amount of Seventy Four Thousand Eight Hundred and Six Dollars and three cents ($74,806.03) against Defendant, MACDONALD CONSTRUCTION SERVICES, INC. In support of this Motion, Plaintiffs state as follows:

1.     Plaintiffs filed their Complaint on July 23, 2008, seeking unpaid liquidated damages, an underpayment of contributions and an amount due pursuant to an audit as well as audit costs and legal fees and costs.

2.     The Defendant was served with the Complaint and Summons on July 30, 2008 (Attached hereto as Exhibit A).

3.      The time in which the Defendant had to answer or otherwise plead has expired.

4.      Defendant owes *Seventy One Thousand Four Hundred and Thirty Seven Dollars and seventy eight cents* ($71,437.78) pursuant to an audit for the time period of January 1, 2006 through March 31, 2008 plus audit costs (*Attached as Exhibit B and Exhibit E*).   In addition, Defendant owes *One Thousand One Hundred Forty Nine Dollars and seventy six cents* ($1,149.76) in unpaid liquidated damages for August 2007 through November 2007 contributions that were not paid on time. (*Attached hereto as Exhibit C & Exhibit E*).

5.      In addition to the above, Defendant also owes *ninety dollars and eighty four cents* ($90.84) in underpayment of contributions for September 2007 through November 2007. (*Attached hereto as Exhibit D & Exhibit E*).

6.      Pursuant to the Employee Retirement Act of 1974 ("ERISA"), as amended, 29 U.S.C. §1132(g)(2), Section 301 of the Labor Management Relations Act ("LMRA"), as amended, 29 U.S.C. §185, the Agreement, and the Plaintiffs' respective Agreements, Defendant, is responsible for all reasonable legal fees that accrued as a result of the Funds having to collect on these delinquencies.

7.      The total amount of legal fees and costs that have accrued on collecting on the above delinquencies is *Two Thousand One Hundred Twenty Seven Dollars and sixty five cents* ($2,127.65) (*Attached hereto as Exhibit F*).

**WHEREFORE**, Plaintiffs respectfully request that this Court enter an Order finding:

2

a.    That a Judgment be entered against MACDONALD CONSTRUCTION SERVICES, INC. in the amount of *Seventy Four Thousand Eight Hundred and Six Dollars and three cents* ($74,806.03) pursuant to an audit for hours worked from January 1, 2006 through March 31, 2007 plus audit costs, unpaid liquidated damages for August 2007 through November 2007 contributions that were not paid on time, an underpayment of September 2007 through November 2007 contributions and legal fees and costs;

b.    That MACDONALD CONSTRUCTION SERVICES, INC. be ordered to remain current in the payment of their contributions;

c.    Any other further legal and equitable relief as this Court deems appropriate.

Respectfully submitted,

THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS, *ET AL.*

By: s/Marc M. Pekay
      MARC M. PEKAY, attorney for Plaintiffs

MARC M. PEKAY, P.C.
30 North LaSalle St.
Suite 2426
Chicago, IL  60602
(312) 606-0980

3

8-7463

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

The Construction Industry Welfare Fund of
Rockford, IL.; The Construction Industry
Retirement Fund of Rockford, IL

V.

MacDonald Construction Services, Inc.

CASE NUMBER:    **08 C 5 0 1 49**

ASSIGNED JUDGE:    Kapala

DESIGNATED
MAGISTRATE JUDGE:    Mahoney

TO: (Name and address of Defendant)

MacDonald Construction Services, Inc.
308 Oakleaf Road
Lake in the Hills, IL 60156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc M. Pekay, P.C.
30 N. LaSalle St., Ste. 2426
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

7/23/08
_____
DATE



Keith Nygren, Sheriff of Mchenry County, Woodstock, IL
*Civil Process Proof of Service*
2200 N. Seminary Avenue, Woodstock, IL 60098  (815) 334-4720

Court Number: 08C50149                    Docket-No EF18F -08007463-001
**Case Name: THE CONST. INDUSTRY WELFARE FUND OF ROCKFORD, ET
AL vs. MACDONALD CONSTRUCTION, SERVICES INC**
Paper Type: SUMMONS/COMPLAINT -
Additional Paper Info: NORTHERN DISTRICT OF ILLINOIS

Person Served:  MACDONALD CONSTRUCTION,  SERVICES INC

Relationship to Defendant:

Business Name:

Additional Name Information:

Address:  308 OAKLEAF RD
          LAKE IN THE HILLS, IL  60156
Second Address:

SERVICE INFORMATION

Date Received:  07/29/2008            Served OR Returned: 07/30/2008

How Served: CORPORATE                Time:  6:45

SERVED THRU OWNER, ED MACDONALD M/W AGE 48.

Deputy: 1679  LANGE, JAMES

Deputy's Signature _____James Lee 1679_____

FEES:  SERVICE & RETURN: $ 31.65   Mileage:$ 16   Total:$ 47.65

# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910

July 8, 2008

Board of Trustees of the Various
Fringe Benefit Funds of the
Construction Industry Funds

RE:  MacDonald Construction Services Inc.

We have performed a fringe benefit contribution compliance audit of
MacDonald Construction Services Inc., for the period from January 1, 2006
through March 31, 2008.  The audit encompassed the comparison of
individual earnings records to certain payroll tax and fund reports and a
review of the general disbursement records.

The comparison and review indicate that the employer has not complied with
its fringe benefit contribution requirements and owes the following amounts:

| FUND | AMOUNT |
|---|---|
| Welfare | $24,561.70 |
| Defined Benefits | 2,081.50 |
| Retirement | 33,304.00 |
| Advancement | 1,956.63 |
| Apprentice | 2,664.32 |
| Building Trades | 124.91 |
| Dues | 0.00 |
| Sub Total | $64,693.06 |
| 10% Liq. Damages | $ 5,994.72 |
| TOTAL | $70,687.78 |

In addition, the employer could not provide proof of a current wage and fringe benefit bond.

RICHARD J. WOLF AND COMPANY, INC.

EXHIBIT
B

7/8/2008

**CONSTRUCTION INDUSTRY FUNDS - GROUP #300 - CARPENTER #792 - COMMERCIAL**

**MACDONALD CONSTRUCTION SERVICES, INC. - #10205**

YEAR: 2007

*ADDITIONAL HOURS 1/07 - 12/07*

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLANKENHAGEN, WILLIAM | # | Hours | - | - | - | - | - | - | - | 167.00 | 151.00 | 143.00 | - | 152.50 | 613.50 |
| WEBER, MARK | # | Hours | - | - | - | - | - | - | - | 134.00 | 130.50 | 87.00 | - | 96.00 | 447.50 |
| CHANDLER, RALPH | # | Hours | - | - | - | - | - | - | - | 73.00 | 101.00 | 64.00 | - | 142.00 | 380.00 |
| JOHNSON, JAKE | # | Hours | - | - | - | - | - | - | - | 72.00 | 148.50 | 39.00 | - | 115.00 | 374.50 |
| GIARBE, SHANE | # | Hours | - | - | - | - | - | - | - | 98.00 | 140.50 | 177.00 | - | 134.00 | 549.50 |
| RAHN, JAKE | # | Hours | - | - | - | - | - | - | - | 22.00 | 55.00 | 64.00 | 0.50 | 132.00 | 273.50 |
| BEAVER, JAMES | # | Hours | - | - | - | - | - | - | - | - | - | 24.00 | - | 112.50 | 136.50 |
| DAEHLER, RICKEY | # | Hours | - | - | - | - | - | - | - | 20.00 | - | - | - | 122.00 | 142.00 |

| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL HOURS** | | | - | - | - | - | - | - | - | 586.00 | 726.50 | 598.00 | 0.50 | 1,006.00 | 2,917.00 |

**AMOUNT DUE TO FUNDS:**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $3,457.40 | $ 4,286.35 | $ 3,528.20 | $ 2.95 | $ 5,935.40 | $ 17,210.30 |
| DEFINED BENEFIT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 293.00 | $ 363.25 | $ 299.00 | $ 0.25 | $ 503.00 | $ 1,458.50 |
| RETIREMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $4,688.00 | $ 5,812.00 | $ 4,784.00 | $ 4.00 | $ 8,048.00 | $ 23,336.00 |
| ADVANCEMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 275.42 | $ 341.46 | $ 281.06 | $ 0.24 | $ 472.82 | $ 1,371.00 |
| APPRENTICE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 375.04 | $ 464.96 | $ 382.72 | $ 0.32 | $ 643.84 | $ 1,866.88 |
| BUILDING TRADES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 17.58 | $ 21.80 | $ 17.94 | $ 0.02 | $ 30.16 | $ 87.52 |
| DUES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $9,106.44 | $ 11,289.82 | $ 9,292.92 | $ 7.78 | $ 15,633.24 | $ 45,330.20 |

| Rates: | 6/1/07 | to | 5/31/08 |
|---|---|---|---|
| WELFARE | 5.90 | APPRENTICE | 0.64 |
| DEFINED BENE | 0.50 | BLDG. TRADES | 0.03 |
| RETIREMENT | 8.00 | DUES | |
| ADVANCEMEN | 0.47 | DUES 2 | |

CONSTRUCTION INDUSTRY FUNDS - GROUP #300 - CARPENTER #792 - COMMERCIAL

MACDONALD CONSTRUCTION SERVICES, INC. - #10205

**YEAR:  2008**

ADDITIONAL HOURS  1/08  -  12/08

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEAVER, JAMES | # | Hours | 64.00 | - | - | - | - | - | - | - | - | - | - | - | 64.00 |
| BLANKENHAGEN, WILLIAM | # | Hours | 152.00 | - | - | - | - | - | - | - | - | - | - | - | 152.00 |
| CHANDLER, RALPH | # | Hours | 49.00 | - | - | - | - | - | - | - | - | - | - | - | 49.00 |
| DAEHLER, RICKEY | # | Hours | 64.00 | - | - | - | - | - | - | - | - | - | - | - | 64.00 |
| GIARBE, SHANE | # | Hours | 64.00 | - | - | - | - | - | - | - | - | - | - | - | 64.00 |
| JOHNSON, JAKE | # | Hours | 163.00 | 68.50 | - | - | - | - | - | - | - | - | - | - | 231.50 |
| RAHN, JAKE | # | Hours | 63.50 | - | - | - | - | - | - | - | - | - | - | - | 63.50 |
| WEBER, MARK | # | Hours | 158.50 | 54.00 | - | - | - | - | - | - | - | - | - | - | 212.50 |

**TOTAL HOURS**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 778.00 | 122.50 | - | - | - | - | - | - | - | - | - | - | 900.50 |

**AMOUNT DUE TO FUNDS:**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ 4,590.20 | $ 722.75 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,312.95 |
| DEFINED BENEFIT | $ 389.00 | $ 61.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 450.25 |
| RETIREMENT | $ 6,224.00 | $ 980.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 7,204.00 |
| ADVANCEMENT | $ 365.68 | $ 57.56 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 423.24 |
| APPRENTICE | $ 497.92 | $ 78.40 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 576.32 |
| BUILDING TRADES | $ 23.34 | $ 3.68 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 27.02 |
| DUES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ |
| **TOTAL** | $ 12,090.12 | $ 1,903.66 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,993.78 |

| Rates: | 6/1/07 | to | 5/31/08 |
|---|---|---|---|
| WELFARE | 5.90 | APPRENTICE | 0.64 |
| DEFINED BENEFIT | 0.50 | BLDG. TRADES | 0.03 |
| RETIREMENT | 8.00 | DUES | |
| ADVANCEMENT | 0.47 | DUES 2 | |

7/8/2008

Page 3 of 6

CONSTRUCTION INDUSTRY FUNDS - GROUP #300 - CARPENTER #792 - COMMERCIAL

MACDONALD CONSTRUCTION SERVICES, INC. - #10205

**YEAR: 2007**

**UNREPORTED HOURS    1/07 to 12/07**

| S.S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EDWARDS, JAMES 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 | # | Hours | - | - | - | - | - | - | - | - | 77.00 | - | - | 41.50 | 118.50 |
| RIZLERIS, MIKE 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 | # | Hours | - | - | - | - | - | - | - | - | - | - | - | 53.50 | 53.50 |
| SCHIFFERER, KEN 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 | # | Hours | - | - | - | - | - | - | - | - | - | - | - | 53.50 | 53.50 |
| SINGER, DAN 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 | # | Hours | - | - | - | - | - | - | - | - | 48.00 | - | - | - | 48.00 |
| **TOTAL HOURS** | | | - | - | - | - | - | - | - | - | 125.00 | - | - | 148.50 | 273.50 |

**AMOUNT DUE TO FUNDS:**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 737.50 | $ - | $ - | $ 876.15 | $ 1,613.65 |
| DEFINED BENEFIT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 62.50 | $ - | $ - | $ 74.25 | $ 136.75 |
| RETIREMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,000.00 | $ - | $ - | $ 1,188.00 | $ 2,188.00 |
| ADVANCEMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 58.75 | $ - | $ - | $ 69.80 | $ 128.55 |
| APPRENTICE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 80.00 | $ - | $ - | $ 95.04 | $ 175.04 |
| BUILDING TRADES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3.75 | $ - | $ - | $ 4.46 | $ 8.21 |
| DUES | | | | | | | | | | | | | |
| **TOTAL** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,942.50 | $ - | $ - | $ 2,307.70 | $ 4,250.20 |

| Rates: | 6/1/07 | to | 5/31/08 | |
|---|---|---|---|---|
| WELFARE | 5.90 | APPRENTICE | 0.64 |
| DEFINED BENE | 0.50 | BLDG TRADES | 0.03 |
| RETIREMENT | 8.00 | DUES | |
| ADVANCEMENT | 0.47 | DUES 2 | |

7/8/2008

Page 4 of 6

## CONSTRUCTION INDUSTRY FUNDS - GROUP #300 - CARPENTER #792 - COMMERCIAL

### MACDONALD CONSTRUCTION SERVICES, INC. - #10205

**YEAR: 2008**

**UNREPORTED HOURS    1/08 to 12/08**

| S.S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EDWARDS, JAMES 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 | # | Hours | 64.00 | - | - | - | - | - | - | - | - | - | - | - | 64.00 |
| SCHIFFERER, KEN 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 | # | Hours | 8.00 | - | - | - | - | - | - | - | - | - | - | - | 8.00 |

**TOTAL HOURS**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 72.00 | - | - | - | - | - | - | - | - | - | - | - | 72.00 |

**AMOUNT DUE TO FUNDS:**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ 424.80 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 424.80 |
| DEFINED BENEFIT | $ 36.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 36.00 |
| RETIREMENT | $ 576.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 576.00 |
| ADVANCEMENT | $ 33.84 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 33.84 |
| APPRENTICE | $ 46.08 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 46.08 |
| BUILDING TRADES | $ 2.16 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.16 |
| DUES | $ - | | | | | | | | | | | | |
| **TOTAL** | $ 1,118.88 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,118.88 |

| Rates: | 8/1/07 | to | 5/31/08 |
|---|---|---|---|
| WELFARE | 5.90 | APPRENTICE | 0.64 |
| DEFINED BENEFIT | 0.50 | BLDG TRADES | 0.03 |
| RETIREMENT | 8.00 | DUES | |
| ADVANCEMENT | 0.47 | DUES 2 | |

## CONSTRUCTION INDUSTRY FUNDS - GROUP #300 - CARPENTER #792 - COMMERCIAL

### MACDONALD CONSTRUCTION SERVICES, INC. - #10205

RICHARD J. WOLF AND COMPANY, INC.

### SUMMARY REPORT TOTAL

|  | ADDITIONAL | UNREPORTED | TOTAL |
|---|---|---|---|
| WELFARE | $ 22,523.25 | $ 2,038.45 | $ 24,561.70 |
| DEFINED BENEFIT | $ 1,908.75 | $ 172.75 | $ 2,081.50 |
| RETIREMENT | $ 30,540.00 | $ 2,764.00 | $ 33,304.00 |
| ADVANCEMENT | $ 1,794.24 | $ 162.39 | $ 1,956.63 |
| APPRENTICE | $ 2,443.20 | $ 221.12 | $ 2,664.32 |
| BUILDING TRADES | $ 114.54 | $ 10.37 | $ 124.91 |
| DUES | $ - | $ - | $ - |
| TOTAL | $ 59,323.98 | $ 5,369.08 | $ 64,693.06 |

## CONSTRUCTION INDUSTRY FUNDS - GROUP #300 - CARPENTER #792  -  COMMERCIAL

### MACDONALD CONSTRUCTION SERVICES, INC. - #10205

#### RICHARD J. WOLF AND COMPANY, INC.

## ** GRAND TOTAL **

| | | |
|---|---|---:|
| WELFARE | $ | 24,561.70 |
| DEFINED BENEFIT | $ | 2,081.50 |
| RETIREMENT | $ | 33,304.00 |
| ADVANCEMENT | $ | 1,956.63 |
| APPRENTICE | $ | 2,664.32 |
| BUILDING TRADES | $ | 124.91 |
| DUES | $ | - |
| TOTAL | $ | 64,693.06 |

CONSTRUCTION INDUSTRY FUND OF ROCKFORD
PO BOX 4507
ROCKFORD, IL 61110-4507

815-399-0800

MACDONALD CONSTRUCTION SERVICES INC
308 OAKLEAF ROAD
LAKE IN THE HILLS, IL 60156

Page 1 of 1

1/29/2008

10205

Your payroll submission(s) for the following were delinquent. You have been assessed a delinquent penalty as follows:

| ACCT | FUND | PAY PERIOD | PSTMRK DT | FUND AMT | % | PENALTY AMT | PD AMT | PD DT | WAIVE |
|------|------|-----------|-----------|----------|-----|-------------|--------|-------|-------|
| CIRCRP | CIAN | 08/31/2007 | 11/19/2007 | $1,280.00 | 10.00 | $128.00 | | | |
| CIRCRP | CIDB | 08/31/2007 | 11/19/2007 | $80.00 | 10.00 | $8.00 | | | |
| CIRCRP | CIWFR | 08/31/2007 | 11/19/2007 | $944.00 | 10.00 | $94.40 | | | |
| CIRCRP | CIAN | 09/30/2007 | 01/04/2008 | $2,248.00 | 10.00 | $224.80 | | | |
| CIRCRP | CIDB | 09/30/2007 | 01/04/2008 | $140.50 | 10.00 | $14.05 | | | |
| CIRCRP | CIWFR | 09/30/2007 | 01/04/2008 | $1,657.90 | 10.00 | $165.79 | | | |
| CIRCRP | CIAN | 10/31/2007 | 01/04/2008 | $2,112.00 | 10.00 | $211.20 | | | |
| CIRCRP | CIDB | 10/31/2007 | 01/04/2008 | $132.00 | 10.00 | $13.20 | | | |
| CIRCRP | CIWFR | 10/31/2007 | 01/04/2008 | $1,557.60 | 10.00 | $155.76 | | | |
| CIRCRP | CIAN | 11/30/2007 | 01/23/2008 | $9,024.00 | 10.00 | $902.40 | | | |
| CIRCRP | CIDB | 11/30/2007 | 01/23/2008 | $564.00 | 10.00 | $56.40 | | | |
| CIRCRP | CIWFR | 11/30/2007 | 01/23/2008 | $6,655.20 | 10.00 | $665.52 | | | |

|  |  |
|---|---|
| **Totals** | **$2,639.52** $0.00 |
| **Total Due upon Receipt** | **$2,639.52** |

Please remit penalty due under separate cover from any hours submissions. Please attach a copy of this letter with your remittance.
Thank you

# EXHIBIT C

7/14/2008                **EMPLOYER SUMMARY OUT OF BALANCE REPORT**          Page          1
8:10:38AM

| | | | | | | EMPLOYER | CALCULATED | |
| FUND NO | EMP CD | PERIOD END DT | POSTMARK DT | DEPOSIT DT | RATE | TOTAL | TOTAL | DIFF |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT | CIRCRP | CONSTRUCTION INDUSTRY FUND OF ROCKFOR | | | | | | |
| EMPLOYER | 10205 | 0 | MACDONALD CONSTRUCTION SERVICES INC | | | | | |
| CIDU | 300 | 09/30/2007 | 01/04/2008 | 01/04/2008 | 1.000 | 281.00 | 252.96 | 28.04 |
| | | Date Totals | | | | 281.00 | 252.96 | 28.04 |
| CIDU | 300 | 10/31/2007 | 01/04/2008 | 01/04/2008 | 1.000 | 264.00 | 298.88 | -34.88 |
| | | Date Totals | | | | 264.00 | 298.88 | -34.88 |
| CIDU | 300 | 11/30/2007 | 01/23/2008 | 01/23/2008 | 1.000 | 1,128.00 | 1,212.00 | -84.00 |
| | | Date Totals | | | | 1,128.00 | 1,212.00 | -84.00 |
| | | Employer Totals | | | | 1,673.00 | 1,763.84 | -90.84 |
| | | Grand Totals | | | | 1,673.00 | 1,763.84 | -90.84 |

| CHECK AMOUNT TOTALS ONLY | | |
|---|---|---|
| EMPLOYER TOTAL | CALCULATED TOTAL | DIFFERENCE |

EXHIBIT
D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

THE CONSTRUCTION INDUSTRY WELFARE )
FUND OF ROCKFORD, ILLINOIS and; )
THE CONSTRUCTION INDUSTRY )
RETIREMENT FUND OF ROCKFORD, )
ILLINOIS, )
               Plaintiffs, ) **CASE NO. 08 C 50149**
      v. )
                    ) Judge Frederick Kapala
                    ) Magistrate Judge Michael
                    ) Mahoney
MACDONALD CONSTRUCTION SERVICES,INC. )
              Defendant. )

### <u>AFFIDAVIT OF JIM FARONE</u>

JIM FARONE, being first duly sworn on oath, deposes and states as follows:

1.    I am the Administrative Director of The Construction Industry Welfare Fund of

Rockford, Illinois and The Construction Industry Retirement Fund of Rockford, Illinois

(hereinafter collectively referred to as the "Funds"), Plaintiffs in the above referenced

action.  My responsibilities include oversight of the collection of amounts owed by

Defendant, MacDonald Construction Services, Inc. (hereinafter "MacDonald" or the

"Company").  This Affidavit is submitted in support of the Funds' Motion for Entry of

Judgment. I have personal knowledge regarding the statements contained herein.

2.    On or about July 19, 2007, the Company and the Chicago Regional Council of

Carpenters entered into a Collective Bargaining Agreement (hereinafter collectively

referred to as the "Agreements"). *See Exhibit E-1.* Pursuant to the terms of these

Agreements, the Company is bound to the terms of the relevant collective bargaining

agreements and trust agreements which state the Company must pay contributions to the Funds.

3.    The Agreements and Trust Agreements to which the Company is bound require that the Company submit benefit reports and contributions by the fifteenth (15th) day of the following month.  Payments which are not received by the twenty-fifth (25th) day of the month after the work was performed are required to pay an additional amount of ten percent (10%) in liquidated damages.    The Agreements and the Funds' respective Agreements, also obligate the Company to submit its books and records to the Funds for periodic audits to determine benefit contribution compliance.

4.    MacDonald submitted its books and records to an audit.  Pursuant to the audit, the Company owes *Seventy Thousand Six Hundred Eighty Seven Dollars and seventy eight cents ($70,687.78)* for hours worked from January 1, 2006 through March 31, 2008.  In addition, the audit fees for the audit are *seven hundred and fifty dollars ($750.00)* and pursuant to the Agreements to which Defendant is bound, the Company is liable for this fee.  *(Attached as Exhibit B)*.

5.    In addition to the above, the Company owes *One Thousand One Hundred and Forty Nine Dollars and seventy six cents ($1,149.76)* in unpaid liquidated damages for August 2007 through November 2007 contributions that were not paid on time.  *(Attached hereto as Exhibit C)*.    The Company previously paid $1,489.76 of the liquidated damages owed.

6.    The Company also owes *ninety dollars and eighty four cents ($90.84)* for an underpayment of September 2007 through November 2007 contributions.  *(Attached hereto as Exhibit D)*.

2

7.     The Company also owes legal fees and costs in the amount of *Two Thousand
One Hundred Twenty Seven Dollars and sixty five cents ($2,127.65)* that the Funds
have incurred in trying to collect on these delinquencies.  *(Attached hereto as Exhibit
F)*.

FURTHER AFFIANT SAYETH NOT


Dated this _____5ᵗʰ_____ day of September 2008



                                    By _____
                                          Jim Farone




Sworn and subscribed to before me
This _5__ day of September 2008
By _____
     Notary Public

PAMELA MAYO NIX
MY COMMISSION EXPIRES
FEBRUARY 3, 2012
OFFICIAL SEAL


3

## Memorandum of Agreement

Employer  MacDonald Construction Services Inc  Address    308 Oakleaf Road
City  Lake in the Hills           State  IL    Zip    60156   Phone   (847)458-2517

THIS AGREEMENT is entered into between the Chicago Regional Council of Carpenters ("Union") and the Employer, including its successors and assigns covering the geographic jurisdiction of the Union including the following counties in Illinois: Boone, Bureau, Carroll, Cook, De Kalb, DuPage, Grundy, Henderson, Henry, Iroquois, Jo Daviess, Kane, Kankakee, Kendall, Lake, La Salle, Lee, Marshall, McHenry, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, Will, Winnebago. The following counties in Iowa: Allamakee, Appanoose, Benton, Black Hawk, Bremer, Buchanan, Butler, Cedar, Cerro Gordo, Chickasaw, Clayton, Clinton, Davis, Delaware, Des Moines, Dubuque, Fayette, Floyd, Franklin, Grundy, Hancock, Henry, Howard, Iowa, Jackson, Jefferson, Johnson, Jones, Keokuk, Kossuth, Lee, Linn, Louisa, Mahaska, Mitchell, Monroe, Muscatine, Scott, Tama, Van Buren, Wapello, Washington, Wayne, Winnebago, Winneshiek, Worth, Wright. The following counties in Wisconsin: Kenosha, Milwaukee, Ozaukee, Racine, Washington and Waukesha. The Union and the Employer do hereby agree to the following:

1. The Employer recognizes the Union as the sole and exclusive bargaining representative on behalf of its employees who are working within the territorial and occupational jurisdiction of the Union.

2. The Employer has reviewed sufficient evidence and is satisfied that the Union is the exclusive bargaining representative of a majority of its employees presently working within the territorial and occupational jurisdiction of the Union.

3. The Employer and the Union agree to incorporate into this Memorandum Agreement and to be bound by the Agreements negotiated between the Chicago Regional Council of Carpenters and various employers and employer associations, including all Area Agreements for the period beginning with the execution of this Memorandum Agreement and ending on the expiration date of any current and successor Agreements which are incorporated herein (see attached list). Unless the Employer provides written notice by certified mail to the Chicago Regional Council of its desire to terminate or modify this Agreement at least three (3) calendar months prior to the expiration of such Agreements, this Agreement shall continue in full force and effect through the full term and duration of all subsequent Agreements which are incorporated by reference.

4. The Employer agrees to be bound to the terms of the various Trust Agreements to which contributions are required to be made under the Agreements incorporated in Paragraph 3, including all rules and regulations adopted by the Trustees of each Fund.

In Witness Whereof the parties have executed this Memorandum of Agreement on this  _19th_  day of _July_, 2007.

EMPLOYER

MAC DONAID CONSTRUCTION
EDWARD S MAC DONALD
Print Name and Title
PRESIDENT

CHICAGO REGIONAL COUNCIL
OF CARPENTERS

Authorized Regional Council
Representative

**ENTERED**
DATE 7/27/07 W.

EXHIBIT
E-1

07/15/2008 11:26 FAX 815 397 4862     CONST. IND. FUNDS                    @004

Jul 27 2007 2:56PM   CHICAGO REG CNCL WESTERN     8156262180           P.3

Agreements

( Central Region)

Mid American Regional Bargaining Association, Cook, Lake and DuPage
Mid American Regional Bargaining Association, Kane, Kendall and McHenry
Mid American Regional Bargaining Association, Will
Kankakee Contractors Association
Residential Construction Employers Council, Cook, Lake and DuPage
Residential Construction Employers Council, Will
Residential Construction Employers Council, Grundy
Woodworkers Association of Chicago (Mill-Cabinet)


(Western Region)


Illinois


Quad City Builders Association, Commercial, Rock Island Mercer, Henry and Henderson
Floor Covering, Rock Island, Mercer, Henry and Henderson
Residential, Henry, Mercer and Henderson
Illinois Valley Contractors' Association, Bureau, LaSalle, Marshall, Putnam and Stark
Window and Door, Boone, Bureau, Carroll, DeKalb, Henderson, Henry, Jo Daviess, LaSalle, Marshall,
Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside and Winnebago
Commercial/Residential, DeKalb, Eastern Ogle and cities in Sandwhich and Somonauk
Residential Construction Employers' Council, DeKalb, Eastern Ogle and cities in Sandwhich and
Somonauk
Residential Construction Employers' Council, Boone, Carroll, Jo Daviess, Lee, Ogle, Stephenson,
Whiteside and Winnebago
Northern Illinois Building Contractors Association Inc., Boone, Carroll, Jo Davies, Lee, Ogle,
Stephenson, Whiteside and Winnebago
Floor Covering, Boone, Carroll, DeKalb, Jo Daviess, Lee, Lee, Ogle, Stephenson, Whiteside and
Winnebago
Millwright, Boone, Bureau, Carroll, DeKalb, Henderson, Jo Davies, LaSalle, Lee, Marshall, Mercer,
Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, and Winnebago
Associated General Contractors of Illinois (Heavy and Highway) Highway Districts 2, 3 _____ of
1 and 8


Iowa


Commercial, Muscatine, Scott, Louisa north of Iowa River
Floorcovering, Louisa north of Iowa River, Muscatine and Scott
Residential, Clinton, Louisa, Muscatine, Scott and Seven southern most townships of Jackson County
including Monmouth, South Fork, Maquoketa, Fairfield, Van Buren, Iowa and Union
Heavy and Highway Associated Contractors Agreement Scott County
Herberger Construction Heavy and Highway
Heavy and Highway Contractors' Association- entire State except Scott County
Commercial Benton, Jones, Linn and Tama
Residential Benton, Jones, Linn and Tama
Commercial, Des Moines, Henry, Lee and Louisa south of Iowa River
Residential, Des Moines, Henry, Lee and Louisa south of Iowa River

07/15/2008 11:26 FAX 815 397 4862    CONST. IND. FUNDS    @005

Jul 27 2007 2:58PM    CHICAGO REG CNCL WESTERN    8156282190    P.4

Commercial/Residential Dubuque, Delaware, Clayton, and Six Northern Townships in Jackson
Commercial/Residential, Appanoosa, Davis, Jefferson, Keokuk, Mahaska, Monroe, Van Buren, Wapello, and Wayne
Commercial, Clinton, Seven Southern most townships of Jackson including Monmouth, South Fork, Maquoketa, Fairfield, Van Buren, Iowa, and Union
Floor Covering, Dubuque, Deleware, Clayton, and six Northern Townships in Jackson Window and Door, State
Commercial, Ceder, Iowa, Johnson, Poweshiek and Washington
Commercial Interior Systems, Ceder, Iowa, Johnson, Poweshiek and Washington
Residential, Cedar, Iowa, Johnson, Poweshiek and Washington
Commercial, Cerro Gordo, Franklin, Hancock, Kossuth, Winnebago, Worth and Wright, Buchanan,
Independent Contractors of Waterloo (Commercial) Butler, Chickasaw, Fayette, Floyd, Grundy, Howard, Mitchell, Wianeshiek
Millwright, Adair, Allmakee, Appanoosa, Benton, Black Hawk, Boone, Bremer, Buchanan, Butler, Cedar, Calhoun, Carroll, Cerro Gordo, Chickaw, Clayton, Clarke, Clinton, Dallas, Davis, Decatur, Deleware, Des Moines, Dubuque, Emmet, Fayette, Floyd, Franklin, Greene, Grundy, Guthrie, Hamilton, Hancock, Hardin, Henry, Howard, Humboldt, Iowa, Jackson, Jasper, Jefferson, Johnson, Jones, Keokuk, Lee, Linn, Lucas, Louisa, Madison, Mahaska, Marion, Marshall, Mitchell, Monroe, Muscatine, Palo Alto, Pocahontas, Polk, Poweshiek, Ringhold, Scott, Story, Tama, Union, Van Buren, Warren, Wapello, Washington, Wayne, Webster, Winnebago, Winneshiek, Worth, Wright

( Northern Region )



Commercial Carpenters and Floor Coverers' Agreement (State of Wisconsin)
Commercial Carpenters Agreement, Kenosha/Racine
Millwright Erectors' Agreement
Pile Drivers' Agreement
Insulators Agreement
Overhead Door Agreement

The Employers Acknowledges receipt of a current copy of each agreement under which the company will be performing work. Each of the agreements are available upon request

It is also understood and agreed that it is the Employers obligation to make a written request of additional Collective Bargaining Agreement(s) in the event that the Company performs work in areas for which it has not already obtained a copy of the applicable Agreement.

_macDonald (signature)_
Employer

_July 12, 2007_
Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

THE CONSTRUCTION INDUSTRY WELFARE    )
FUND OF ROCKFORD, ILLINOIS and;    )
THE CONSTRUCTION INDUSTRY    )
RETIREMENT FUND OF ROCKFORD,    )
ILLINOIS,    )
                    Plaintiffs,    )  **CASE NO. 08 C 50149**
        v.    )
    )  Judge Frederick Kapala
    )  Magistrate Judge Michael
    )  Mahoney
MACDONALD CONSTRUCTION SERVICES,INC.    )
    )
                    Defendant.    )

### AFFIDAVIT OF MARC PEKAY

NOW COMES, Marc M. Pekay, who upon my oath affirms and says:

1.    I am the attorney who represents the Construction Industry Welfare Fund of Rockford, Illinois and The Construction Industry Retirement Fund of Rockford, Illinois (hereinafter collectively referred to as the "Funds" or the "Plaintiffs").   My office is located at 30 N. LaSalle Street, Suite 2426, Chicago, Illinois 60602.

2.    I am admitted to the federal bar and have regularly represented trust funds in matters involving collection of fringe benefits.

3.    My billing fee for myself and other associates in my office is $200.00 per hour

4.    I have spent 8.65 hours in this matter.

5.    The total amount of Legal Fees that was billed was $1,730.00 most of which has already been paid by the Funds.

6.    In addition to legal fees, the cost of filing this lawsuit and having the Company served with the lawsuits is $397.65.

7.    Therefore, the total amount of Legal Fees and Costs that was billed by the Law

Offices of Marc M. Pekay and most of which has been paid by the Funds is $2,127.65.

FURTHER AFFIANT SAYETH NOT


Dated this *5th* day of September 2008




By *Marc M. Pekay*
   Marc M. Pekay




Sworn and subscribed to before me
This *5th* day of September 2008

By _____
   Notary Public


"OFFICIAL SEAL"
Jennifer Farone
Notary Public, State of Illinois
My Commission Exp. 12/28/2008


2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS, | ) ) ) ) ) |
| Plaintiffs, | ) **CASE NO. 08 C 50149** |
| v. | ) ) Judge Frederick Kapala ) Magistrate Judge Michael ) Mahoney |
| MACDONALD CONSTRUCTION SERVICES,INC. | ) ) |
| Defendant. | ) |

**ORDER**

This matter having come to be heard on the Motion of Plaintiffs, THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY RETIRMENT FUND OF ROCKFORD, ILLINOIS (hereinafter referred to as the "Plaintiffs" or the "Funds"), for Motion for Entry of Judgment, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1.     That a Judgment in the amount of Seventy Four Thousand Eight Hundred and Six Dollars and three cents ($74,806.03) is entered against MACDONALD CONSTRUCTION SERVICES, INC. this includes $71,437.78 pursuant to an audit for the time period of January 1, 2006 through March 31, 2008 plus audit costs, $1,149.76 in unpaid liquidated damages for August 2007 through November 2007 contributions

that were not paid on time, $90.84 in underpayment of contributions for September 2007 through November 2007 and $2,127.66 in legal fees and costs;

2.     That MACDONALD CONSTRUCTION SERVICES, INC. is ordered to remain current in the payment of their contributions;

3.     That MACDONALD CONSTRUCTION SERVICES, INC. is liable for all additional legal fees and costs incurred in having to collect on this Judgment.

Enter:

By_____
The Honorable Judge Kapala

Dated:_____

2