**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br><br><br>MACDONALD CONSTRUCTION SERVICES, INC.<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) **CASE NO. 08 C 50149**<br>)<br>) Judge Frederick Kapala<br>) Magistrate Judge Michael<br>) Mahoney<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION**

TO:　MacDonald Construction Services, Inc.
　　　308 Oakleaf Road
　　　Lake in the Hills, IL 60156

　　**PLEASE TAKE NOTICE** that on **September 17, 2008,** at the hour of **1:30 p.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Magistrate Judge Mahoney in the Courtroom usually occupied by him at the United States District Courthouse, Western Division, 211 South Court St., Rockford, IL 61101 and shall then and there present the **MOTION FOR ENTRY OF JUDGMENT** for the above captioned matter. A copy of which is hereto served upon you.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　s/ Marc M. Pekay
　　　　　　　　　　　　　　　　Attorney for Plaintiffs

MARC M. PEKAY P.C.
30 North La Salle Street - Suite 2426
Chicago, IL 60602

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **MOTION FOR ENTRY OF JUDGMENT** (Case No. 08 C 50149) to be served upon:

MacDonald Construction Services, Inc.
308 Oakleaf Road
Lake in the Hills, IL 60156

by placing same in an envelope properly addresses as set out above, and delivering by first class mail, with postage costs paid, by placing in a U.S. Mail box located at 30 N. LaSalle Street, Chicago, Illinois, before the hour of 5:00 p.m. on this **5th** day of **September, 2008.**

BY: s/IMarc M. Pekay
Attorney for Plaintiffs

MARC M. PEKAY P.C.
30 N. LaSalle St., Ste 2426
Chicago, IL 60602
312-606-0980
Firm #990